United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-1494NE

_____

United States of America,                    *
                                             *
                    Appellee,                *
                                             *
        v.                                   *
                                             *
Randall Tyndall,                             *
                                             *
                    Appellant.               *

                                             Appeals from the United States
_____                                  District Court for the District
                                             of Nebraska.
No. 97-1651NE
_____                                  [UNPUBLISHED]

United States of America,                    *
                                             *
                    Appellee,                *
                                             *
        v.                                   *
                                             *
Frank Tyndall,                               *
                                             *
                    Appellant.               *

                        _____

                Submitted:  October 24, 1997
                    Filed:  October 30, 1997

                        _____

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

Randall Tyndall and Frank Tyndall appeal their assault-related convictions, and Frank Tyndall also appeals his sentence. Their appeals have been submitted on the briefs. The Tyndalls contend the district court committed error in admitting evidence offered by the government and refusing to admit hearsay statements made by the victim's nontestifying relatives. They also raise a contention related to a supplemental instruction given to the jury during the course of the jury's deliberations. Frank Tyndall raises an argument about the district court's enhancement of Tyndall's sentence for obstruction of justice based on his trial testimony. We conclude that a discussion of the issues presented by this appeal will serve no useful purpose. We have carefully considered the Tyndalls' contentions and find them to be without merit. We thus affirm the Tyndalls' convictions and Frank Tyndall's sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.